IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ROBERT ALAN THOMPSON,
   Plaintiff,

vs.

  Defendants,
T. CRNKOVICH, HEALTH SERVICES ADMINISTRATOR.
JORGE CASTANEDA, WARDEN.
J.A. KELLER, REGIONAL DIRECTOR.
IAN CONNERS, ADMINISTRATOR NATIONAL INMATE APPEALS.
ET AL, INDIVIDUAL AND OFFICIAL CAPACITIES.

CIVIL ACTION NO. 1-16CV-055

EX PARTE APPLICATION
FOR PAUPER STATUS
(28 U.S.C. § 1915(a))

## RELIEF SOUGHT

Robert Alan Thompson, Plaintiff, seeks permission of the Court, purusant to 28 U.S.C. § 1915, to proceed in this action without prepayment of filing or other fees and costs.

## GROUNDS FOR RELIEF

The Plaintiff should be granted pauper status because:

1. The affidavit attached to this Application states all of the assets of the Plaintiff.
2. The affidavit attached to this Application states that the Plaintiff believes that he is entitled to the redress sought by this action.
3. The Plaintiff is unable to pay the fees and costs or give security for them.

## PAPERS IN SUPPORT OF APPLICATION

This Application is based on this document, on the supporting Affidavit of the Plaintiff, on the Complaint to be filed in this action that has been lodged with the Court, and on any other papers, evidence, or argument presented in connection with this motion.

Dated: *April 7, 2016*

                                                   Robert Alan Thompson,
                                                   Plaintiff.
                                                   F.P.C. Big Spring
                                                   1900 Simler Avenue
                                                   Big Spring, Texas 79720

## AFFIDAVIT OF ROBERT ALAN THOMPSON

COUNTY OF HOWARD            §
                            §
                            §
STATE OF TEXAS              §

Robert Alan Thompson, being duly sworn, deposes and states:

1. My name is Robert Alan Thompson. I am over 18 years of age.
2. I am fully competent to make this affidavit, and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.
3. I am the Plaintiff in this action. I make this affidavit pursuant to 28 U.S.C. § 1915(a)(1) in support of my request to be able to file and proceed with this action without the prepayment of costs, filing fees, or other fees or the posting of security for those costs or fees.
4. I am currently employed. My employer's name is the Federal Bureau of Prisons, F.P.C. Big Spring unit, and my employer's address is 1900 Simler Avenue, Big Spring, Texas.
5. My current salary from employment is $5.25 per month.
6. Apart from employment for salary or wages, in the last 12 months I received the following sums from these sources:
    a. Gifts or inheritances            $180.00
7. $180.00 of the $180.00 amount listed in Paragraph 6 of this Affidavit comes from Gary Freeman, Kathleen Janosik, and Don Martinez.
8. I currently have the following amount in my possession in cash: "none".

9. I currently have the following amounts available in banks or other financial institutions:

   Inmate Trust Fund      F.P.C. Big Spring                    $96.32
                          Federal Bureau of Prisons

10. I own no real property.

11. I own no stocks and bonds.

12. I own no automobiles.

13. No one owes me money.

14. I own no additional valuable property not even ordinary household furnishings and clothing.

15. No persons are dependant on me for thier support.

16. Because of poverty, I am unable to pay the initial costs and fees required to proceed in this action or to give security for those costs and fees.

17. I desire to bring this action in good faith, and I believe that I am entitled to the relief that I have asked for by means of this action.

   I signed this Affidavit on _April 7, 2016_ at Big Spring, Texas.

                                              _____
                                              Robert Alan Thompson

SUBSCRIBED AND SWORN TO BEFORE ME on _April 7, 2016_ at Big Spring, Texas.

J MARQUEZ
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-23-2017

_____
J. Marquez,
Notary Public in and for
the State of Texas.
My commission expires on
_____.

2