

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ROBERT ALAN THOMPSON, | § | |
| *Plaintiff* | § | |
| v. | § | CASE NO.: 1:16-CV-055-BL |
| | § | |
| T. CRNKOVICH, et al., | § | |
| *Defendant* | § | |

### CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned counsel of record or pro se party hereby voluntarily consents to have a United States magistrate judge conduct all further proceedings in the cause, including entry of a final judgment.

Signed this __19th__ day of __April__, 20_16_.

_____
Signature

Robert Alan Thompson
Printed Name

### REFUSAL TO CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE

The undersigned counsel of record or pro se party hereby voluntarily acknowledges the availability of a United States magistrate judge to hear this case but is unwilling to consent to proceed before the magistrate judge.

Signed this _____ day of _____, 20___.

_____
Signature

_____
Printed Name