CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JAN -8  AM 10: 35

DEPUTY CLERK

Robert Alan Thompson
Register# 17709-280
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

January 3, 2017

Clerk of the Court
United States Distict Court
Northern District of Texas
P.O. Box 1218
Abilene, Texas 79604

Re: Request for Documents <u>Thompson v. Crnkovich et al.</u> Cause No.
1:16-CV-00055-BL

Dear Clerk of the Court:

Please send me a copy of the following documents in the above styled and numbered case: Document #6, Document #14, Document #7, Document #8, Document #12, and Document #21. Please let me know if there will be a fee assessed for them and I will be happy to pay it with a B.O.P. check. I am a pro se litigant filing in forma pauperis in the above styled and numbered case so anything you can do to help me with the cost would be helpful. Thank you for your time and consideration and God bless.

Respectfully requested,

Robert Alan Thompson.

Robert Alan Thompson # 17709-280
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

7960135928

RECEIVED
JAN - 8 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MIDLAND / ODESSA
TX 797 1 L
04 JAN 2018 PM

⇔17709-280⇔
U S District Court
Clerk United States Post
Office and Courthouse
341 Pine Street, Rm. 2008
Abilene, TX 79601
United States

